argument, totally unsupported by anything in the record. Having failed to demonstrate any basis for the relief he requests, we must dismiss his petition without consideration of whether we possess the power Holland would have us invoke.

The district court's judgment is affirmed.

## PER CURIAM.

The appellant seeks reversal of a conviction by the district court, without a jury, of a Mann Act violation. The contention on appeal is that the evidence was insufficient to permit a finding of guilt. We have reviewed the evidence and conclude that the district court's determination was fully justified. Its judgment is

Affirmed.

**Fay BAKER, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

**No. 21076.**

United States Court of Appeals
Fifth Circuit.

Nov. 2, 1964.

**Matthew Britt PORTER, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

**No. 21225.**

United States Court of Appeals
Fifth Circuit.

Oct. 29, 1964.

Rehearing Denied Nov. 27, 1964.

Henry R. Carr, Wm. B. Seidel, Miami, Fla., for appellant.

Alfred E. Sapp, Asst. U. S. Atty., Miami, Fla., William A. Meadows, Jr., U. S. Atty., for appellee.

Before JONES and GEWIN, Circuit Judges, and ESTES, District Judge.

